UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
|  | ) | <u>Electronic Filing</u> |
| UNITED STATES OF AMERICA | ) |  |
|  | ) | **NOTICE OF APPEARANCE AND REQUEST** |
| v. | ) | **FOR ELECTRONIC NOTIFICATION** |
|  | ) |  |
| YURIY RAKUSHCHYNETS, | ) | **08 CR 192 (RJS)** |
| IVAN BILTSE, a/k/a "Ivan Belyayev," and | ) |  |
| ANGELINA KITAEVA, | ) |  |
|  | ) |  |
| Defendants. | ) |  |

TO:   Clerk of Court
      United States District Court
      Southern District of New York

   The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                               Respectfully submitted,

                               MICHAEL J. GARCIA
                               United States Attorney for the
                               Southern District of New York


                           By:  /s/ Rebecca A. Rohr
                               Rebecca A. Rohr
                               Assistant United States Attorney
                               United States Attorney's Office
                               One St. Andrew's Plaza
                               New York, NY 10007
                               Tel.: (212) 637-2531
                               Fax: (212) 637-2527
                               E-mail: rebecca.rohr@usdoj.gov


CC:   Counsel of Record (via ECF)