UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

YURITY RAKUSHCHYNETS, IVAN BILTSE, and
ANGELINA KITAEVA,

                  Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

No. 08 Crim. 192 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

At a conference held before the Court on July 10, 2008, the Court adopted the following directive:

    The parties shall appear for a status conference on August 5, 2008 at 9:30 a.m. in the United States District Court, Courtroom 21C, 500 Pearl St., New York, New York.

    Time is excluded from July 10, 2008 to August 5, 2008, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) in order for the parties to engage in plea negotiations. The Court finds that the ends of justice served by taking this action outweigh the best interests of the public and the defendant in a speedy trial.

SO ORDERED.

Dated:    New York, New York
           July 10, 2008

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE