UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

UNITED STATES OF AMERICA,

        v.

ANGELINA KITAEVA
----------------------------------------X

NOTICE OF APPEARANCE

08-cr-00192 (RJS-3)

SIRS:

    PLEASE TAKE NOTICE, that the Defendant, ANGELINA KITAEVA, has retained Albert Y. Dayan, Esq. as her Attorney and demands that a copy of all papers in this proceeding be served upon the undersigned at the office and post office address stated below.

Dated: Kew Gardens, New York
       July 30, 2008

Respectfully submitted,

*Tony Milvis for Albert Dayan*
ALBERT Y. DAYAN, ESQ. (AYD-5222)
Attorney for the Defendant
ANGELINA KITAEVA
80-02 Kew Gardens Rd., Ste. 902
Kew Gardens, New York 11415
(718) 268-9400
dayanlaw@aol.com