UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

YURITY RAKUSHCHYNETS, IVAN BILTSE, and
ANGELINA KITAEVA,

                  Defendants.

No. 08 Crim. 192 (RJS)

ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/08

RICHARD J. SULLIVAN, District Judge:

    At a conference held before the Court on August 7, 2008, the Court adopted the following directives:

    Trial in the above-entitled action shall commence on September 8, 2008 at 9:30 a.m.

    By August 25, 2008, the government shall provide its Rule 404(b) notice or a letter indicating that the government does not intend to offer at trial any material under Rule 404(b).

    Also by August 25, 2008, the parties shall submit their joint proposed *voir dire* and joint proposed requests to charge. In preparing these documents, the parties shall make a good-faith effort to reach agreement on the contents of each item. As to those items where no agreement can be reached, each party should set forth its proposed version of the item in question.

    By August 28, 2008, the parties shall file their motions *in limine*, if any.

    The parties shall appear for the final pre-trial conference on September 4, 2008 at 2:00 p.m.

    Time is excluded from August 7, 2008 to September 8, 2008, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A). The Court finds that the ends of justice served by taking this action outweigh the best interests of the public and the defendants in a speedy trial.

SO ORDERED.

Dated:    New York, New York
           August 12, 2008

                                      RICHARD J. SULLIVAN
                                      UNITED STATES DISTRICT JUDGE