**LAW OFFICE OF ALBERT Y. DAYAN**
*Attorney at Law*
80-02 Kew Gardens Road, Suite #902
Kew Gardens, New York 11415
Tel: (718)268-9400
Fax: (718)268-9404

MEMO ENDORSED

August 13, 2008

The Honorable Judge Richard J. Sullivan
United States Judge
500 Pearl Street,
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/08

Re:  United States v. Yuriy Rakushchynets,
     Ivan Biltse, a/k/a "Ivan Belyayev" and
     ANGELINA KITAEVA
     Docket No. 1:08-cr-00192-RJS

Dear Honorable Judge Sullivan:

I am respectfully requesting to appear before Your Honor on the date and time most convenient to the court, in order for me to be relieved as counsel for Angelina Kitaeva due to the existence of a potential conflict. Mr. Thomas Brown of the United States Attorney's Office has been notified of this request and consents to advance this matter to the earliest possible time so that we can address the issue.

Sincerely yours,

Albert Y. Dayan
Attorney at Law

c.c.  Mr. Thomas Brown
      United States Attorney's Office
      One St. Andrew's Plaza
      New York, New York 10007
      Fax: 718-422-1718

*Conference set for August 22, 2008 @ 10AM.*

SO ORDERED
Dated: 8/14/08
RICHARD J. SULLIVAN
U.S.D.J.