UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

   -v-

YURITY RAKUSHCHYNETS, IVAN BILTSE, and
ANGELINA KITAEVA,

                  Defendants.

No. 08 Crim. 192 (RJS)

ORDER

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  8/25/08
```

RICHARD J. SULLIVAN, District Judge:

For the reasons state at the conference held before the Court on August 21, 2008, and on

the basis of the government's letter dated August 22, 2008, the Court adopts the following

directives:

> Albert Dayan's motion to withdraw as counsel for defendant Angelina Kitaeva is granted
> for the reasons stated on the record. Rex Whitehorn, who formerly served as co-counsel
> with Mr. Dayan, shall continue to represent Kitaeva.

> The date for submission of the government's Rule 404(b) notice, the joint proposed voir
> dire and requests to charge, and motions *in limine*, if any, is adjourned to September 4,
> 2008.

> The previously scheduled dates for the pretrial conference — September 4, 2008 at 2:00
> p.m. — and the commencement of trial — September 8, 2008, at 9:30 a.m. — shall
> remain unchanged.

SO ORDERED.

Dated:       New York, New York
            August 22 2008

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE