UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

YURITY RAKUSHCHYNETS, IVAN BILTSE, and ANGELINA KITAEVA,

Defendants.

No. 08 Crim. 192 (RJS)

ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/1/09

RICHARD J. SULLIVAN, District Judge:

IT IS HEREBY ORDERED that the government shall submit status letters (1) with respect to Defendants Rakushchynets and Biltse, by April 1, 2010; and (2) with respect to Defendant Kitaeva, by January 1, 2010.

SO ORDERED.

Dated:   New York, New York
         October 1, 2009

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE